IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL STEVEN HALE,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                                           Case No. 12-cv-943-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $6,000.00.


| s/V. Olmo, Deputy Clerk | 11/14/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |